JACQUELINE V. NICHOLS, ESQ.
Nevada Bar No. 14246
GORDON REES SCULLY MANSUKHANI, LLP
300 So. 4th Street, Suite 1550
Las Vegas, Nevada  89101
Telephone:  (702) 577-9300
Direct:  (702) 577-9315
Facsimile:  (702) 255-2858
E-Mail: jnichols@grsm.com

*Attorneys for Clark County School District*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BOBBY STEELE, as parent of and on behalf of C.S., a minor,<br><br>Plaintiff,<br><br>vs.<br><br>CLARK COUNTY SCHOOL DISTRICT, a political subdivision of the State of Nevada, and DOES I through X, and ROE CORPORATIONS,<br><br>Defendants. | CASE NO.   2:24-cv-01869-JAD-MDC<br><br>**STIPULATION TO CONTINUE HEARING** |

Defendant CLARK COUNTY SCHOOL DISTRICT ("CCSD"), by and through its counsel, GORDON REES SCULLY MANSUKHANI, LLP, and Plaintiff BOBBY STEELE, as parent of and on behalf of C.S., a minor ("Plaintiff") by and through her counsel, Scott Whitworth, Esq. and Sam Castor, Esq. of LEX TECNICA, LTD., hereby agree and submit the following stipulation.

1. The Court scheduled a hearing on Defendant's Motion for Partial Dismissal for December 3, 2024 at 2:30 P.M. on a stack.  ECF No. 7
2. Counsel for Defendant was recently retained to defend an individual in relation to an evidentiary hearing held by the Nevada Commission for Common Interest Communities and Condominium Hotels (the "Commission").
3. Prior to counsel for Defendant's retention, the Commission had previously granted an extension on the evidentiary hearing and continued the hearing to December 3, 2024.

4. After counsel for Defendant's retention, a request was made to the Commission to continue the evidentiary hearing, but the Commission denied the hearing due to the allegations and the prior extension.

5. Counsel for Defendant recently transitioned to a new firm and no other attorney within the firm is familiar with Defendant or has previously represented Defendant.

6. Additionally, the parties have several conflicts throughout December and January, preventing an immediate rescheduling of the hearing, including the holidays, mediations, and multi-day evidentiary hearings.

7. Accordingly, the parties agree to VACATE the currently scheduled hearing on December 3, 2024 and request that the Court schedule the hearing for a date in February or at a time convenient for the Court.

8. This stipulation is made in good faith and not for purposes of delay.

DATED this 25th day of November 2024.

**GORDON REES SCULLY MANSUKHANI, LLP**

*/s/ Jacqueline V. Nichols*
Jacqueline V. Nichols, Esq.
Nevada Bar No. 14246
300 S. 4th Street, Suite 1550
Las Vegas, Nevada 89101
***Attorneys for Defendant,***
***Clark County School District***

DATED this 25th day of November 2024.

**LEX TECNICA, LTD**

*/s/ Scott Whitworth*
Erven T. Nelson, Esq.
Nevada Bar No. 2332
Michael Falater, Esq.
Nevada Bar No. 12366
Scott Whitworth, Esq.
Nevada Bar No. 15671
Vincent Garrido, Esq.
Nevada Bar No. 15918
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
***Attorneys for Plaintiff,***
***Bobby Steele, as parent of and on behalf of***
***C.S., a minor***

The motion hearing set for December 3, 2024 at 2:30 p.m. is vacated and reset to February 3, 2025 at 1:30pm.

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT COURT JUDGE**

**DATED:** 11/25/2024

-2-