Phillip N. Smith, Jr., Esq.
Nevada Bar No. 10233
*psmithjr@wwhgd.com*
Jacqueline V. Nichols, Esq.
Nevada Bar No. 14246
*jnichols@wwhgd.com*
WEINBERG, WHEELER, HUDGINS,
   GUNN & DIAL, LLC
6385 South Rainbow Blvd., Suite 400
Las Vegas, Nevada 89118
Telephone: (702) 938-3838
Facsimile:  (702) 938-3864

*Attorneys for Defendant*
*Clark County School District*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BOBBY STEELE, as parent of and on behalf of C.S., a minor,<br><br>Plaintiff,<br><br>vs.<br><br>CLARK COUNTY SCHOOL DISTRICT, a political; subdivision of the State of Nevada, and DOES I through X, and ROE CORPORATIONS.<br><br>Defendants. | Case No.: 2:24-cv-01869-JAD-MDC<br><br>**CLARK COUNTY SCHOOL DISTRICT'S SUBSTITUTION OF ATTORNEY** |

Defendant Clark County School District, hereby consents to the substitution of Phillip N. Smith, Jr., Esq., and Jacqueline V. Nichols, Esq., of the law firm of WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC, as their attorneys of record in the place and stead of the law firm Gordon Rees Scully Mansukhani, LLP.

DATED this 3rd day of March, 2025.

_____
Jon Okazaki, General Counsel
Clark County School District

Gordon Rees Scully Mansukhani, LLP, present counsel for Defendant, Clark County School District, does hereby consent to the substitution of Phillip N. Smith, Jr., Esq., and Jacqueline V. Nichols, Esq., of the law firm of WEINBERG, WHEELER, HUDGINS, GUNN & DIAL,

Page 1 of 3

LLC, as their attorneys of record in the place and stead of the law firm Gordon Rees Scully Mansukhani, LLP.

Dated this 28th day of February, 2025.

/s/
Robert Larsen, Esq.
GORDON REES SCULLY MANSUKHANI, LLP
300 S. Fourth St., Suite 1550
Las Vegas, Nevada 89101
*Attorneys for Defendant*
*Clark County School District*

Phillip N. Smith, Jr., Esq. with the law office of WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC, hereby consent to their substitution as attorneys of records for Defendant Clark County School District in the place and stead of Gordon Rees Scully Mansukhani, LLP

Dated this 28th day of February, 2025.

/s/ Jacqueline Nichols
Phillip N. Smith, Jr., Esq.
Jacqueline V. Nichols, Esq.
WEINBERG, WHEELER, HUDGINS,
 GUNN & DIAL, LLC
6385 South Rainbow Blvd., Suite 400
Las Vegas, Nevada 89118
*Attorneys for Defendant*
*Clark County School District*

**ORDER**

IT IS SO ORDERED.

Hon. Maximiliano D. Couvillier III
United States Magistrate Judge
Date: 3/5/2025