UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Bobby Steele,

           Plaintiff,

vs.

Clark County School District,

           Defendant.

2:24-cv-01869-JAD-MDC

**ORDER DENYING STIPULATION**

**IT IS ORDERED** that the *Stipulation for the Extension of Time* (ECF No. 24) is **DENIED WITHOUT PREJUDICE.** The parties seek to extend the deadline to amend the pleadings, which passed back on March 6, 2025. The parties failed to show excusable neglect. LR 26-3 provides that "[a] request made after the expiration of the subject deadline will not be granted unless the movant also demonstrates that the failure to act was the result of excusable neglect." It also appears the parties inadvertently misquoted FRCP 29 at page 1, instead of quoting LR 26-3. Finally, the request to extend the joint pretrial order should include the language of LR 26-1(b)(5) regarding the automatic stay and extension of the deadline if dispositive motions are filed. The parties may submit an amended stipulation in compliance with the foregoing.

DATED this 1st day of April 2025.

IT IS SO ORDERED.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge