1  Phillip N. Smith, Jr., Esq.
   Nevada Bar No. 10233
2  *psmithjr@wwhgd.com*
   Jacqueline V. Nichols, Esq.
3  Nevada Bar No. 14246
   *jnichols@wwhgd.com*
4  Trisha R. Delos Santos, Esq.
   Nevada Bar No. 15902
5  *tdelossantos@wwhgd.com*
   WEINBERG, WHEELER, HUDGINS,
6     GUNN & DIAL, LLC
   6385 South Rainbow Blvd., Suite 400
7  Las Vegas, Nevada 89118
   Telephone:  (702) 938-3838
8  Facsimile:   (702) 938-3864

9  *Attorneys for Defendants*
   *Clark County School District*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BOBBY STEELE, as parent of and on behalf of C.S., a minor,<br><br>Plaintiff,<br><br>vs.<br><br>CLARK COUNTY SCHOOL DISTRICT, a politica; subdivision of the State of Nevada, and DOES I through X, and ROE CORPORATIONS.<br><br>Defendants. | Case No.: 2:24-cv-01869-JAD-MDC<br><br>[Lower Case No. A-24-901265-C Clark County District Court]<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY DEADLINES**<br><br>**(SECOND REQUEST)** |

Pursuant to Federal Rule of Civil Procedure 29(b) and Local Rule 26-3, the parties, by and through their respective counsel, hereby stipulate and request that the discovery deadlines in this matter be extended by ninety (90) days. This is the second request to extend discovery deadlines.

**I.  REQUIREMENTS OF STIPULATIONS TO EXTEND DISCOVERY UNDER FRCP 29(b)**

Federal Rule of Civil Procedure 29(b) states in relevant part that motion or stipulation to extend or reopen discovery shall include:

(1) A statement specifying the discovery completed;

(2) A specific description of the discovery that remains to be completed;

(3) The reasons why the discovery remaining was not completed within the time limits set by the discovery order;

(4) A proposed schedule for completing all remaining discovery;

Accordingly, the parties submit the following information:

## II.  A STATEMENT OF SPECIFYING THE DISCOVERY COMPLETED:

- On December 13, 2024 Plaintiff served her Initial Early Case Conference Disclosure of Witnesses and Exhibits.
- On March 6, 2025 Plaintiff served her First Set of Requests for Production of Documents to Defendant.
- On March 20, 2025 Plaintiff served her First Set of Interrogatories and Request for Admissions to Defendant.

## III.  SPECIFIC DESCRIPTION OF THE DISCOVERY THAT REMAINS TO BE COMPLETED:

- Deposition of Plaintiff(s)
- Deposition of 30(b)(6) witness for Defendant
- Depositions of percipient witnesses
- Expert discovery
- Depositions of Experts
- Any other discovery the parties deem necessary.

## IV.  THE REASONS WHY DISCOVERY REMAINING WAS NOT COMPLETED WITHIN TIME FRAME SET BY THE DISCOVERY ORDER

The parties have diligently pursued discovery and are acting in good faith. However, several developments necessitate additional time:

1. Plaintiff recently retained new lead counsel, Joshua L. Benson, Esq., who is diligently working to become fully acquainted with the factual record and procedural posture of the case to ensure effective representation.

2. Mr. Benson requested dates for the depositions of several percipient witnesses; however, since school is out of session for summer break, the requested depositions cannot be set until mid to late August. Therefore, the requested extension will allow all parties additional time to depose these witnesses.

3. Additionally, the parties are actively exploring the potential for resolution and require more time to engage in meaningful settlement discussions without incurring unnecessary litigation costs.

4. This request is made in good faith, not for purposes of delay, and is the parties' first request to extend the discovery schedule.

## V. **PROPOSED SCHEDULE FOR COMPLETING ALL REMAINING DISCOVERY:**

The parties agree that an additional ninety (90) days of discovery would be warranted:

|  | **CURRENT DATES** | **PROPOSED DATES** |
|---|---|---|
| Close of Discovery | September 2, 2025 | **December 1, 2025** |
| Final date to file motions to amend pleadings or add parties | June 4, 2025 | **Closed** |
| Final Date for Expert Disclosures | July 7, 2025 | **October 6, 2025** |
| Rebuttal Disclosures | August 5, 2025 | **November 3, 2025** |
| Dispositive Motions | October 6, 2025 | **January 5, 2026** |
| Joint Pretrial Order | November 4, 2025 | **February 2, 2026** |

This Stipulation is entered into in good faith, in the interest of judicial economy, and not for the purposes of delay.

DATED this 16th day of June, 2025

**BENSON ALLRED INJURY LAW**

*/s/ Joshua L. Benson*
Joshua L. Benson, Esq.
BENSON ALLRED INJURY LAW
333 N. Rancho Drive, Suite 420
Las Vegas, Nevada 89106

LEX TECNICA, LTD.
Nicholas R. Anderson, Esq.
Scott T. Whitworth, Esq.
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
*Attorneys for Plaintiff*

DATED this 16th day of June, 2025

**WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC**

*/s/ Jacqueline V. Nichols*
Phillip N. Smith, Jr., Esq.
Jacqueline V. Nichols, Esq.
Trisha R. Delos Santos, Esq.
WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC
6385 South Rainbow Blvd., Suite 400
Las Vegas, Nevada 89118
*Attorneys for Defendant Clark County School District*

## ORDER

Based upon the forgoing and having reviewed and considered the above Stipulation by the parties, and good cause appearing, IT IS HEREBY ORDERED that the discovery deadline dates be extended as follows:

|  | **CURRENT DATES** | **PROPOSED DATES** |
|---|---|---|
| Close of Discovery | September 2, 2025 | **December 1, 2025** |
| Final date to file motions to amend pleadings or add parties | June 4, 2025 | **Closed** |
| Final Date for Expert Disclosures | July 7, 2025 | **October 6, 2025** |
| Rebuttal Disclosures | August 5, 2025 | **November 3, 2025** |
| Dispositive Motions | October 6, 2025 | **January 5, 2026** |
| Joint Pretrial Order | November 4, 2025 | **February 2, 2026** |

**IT IS SO ORDERED.**

If dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until 30 days after decision on the dispositive motions or further court order. The disclosures required by Fed. R. Civ. P. 26(a)(3) and any objections to them must be included in the joint pretrial order.

_____

**Hon. Maximiliano D. Couvillier III**
**United States Magistrate Judge**

DATED**: 6/23/2025**