Joshua L. Benson, Esq.
Nevada Bar No. 10514
BENSON ALLRED
333 N. Rancho Drive, Suite 420
Las Vegas, Nevada 89106
Telephone: (702) 820-0000
Facsimile: (702) 820-1111
E-mail: josh@bensonallred.com
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BOBBY STEELE, as parent of and on behalf of C.S., a minor,<br><br>Plaintiff,<br><br>vs.<br><br>CLARK COUNTY SCHOOL DISTRICT, a political subdivision of the State of Nevada, and DOES 1 through X and ROE CORPORATIONS,<br><br>Defendants. | CASE NO.: 2:24-cv-01869-JAD-MDC<br><br>ECF No. 40 |

**STIPULATION AND ORDER TO CONTINUE PLAINTIFF'S DEADLINE TO FILE OPPOSITION TO DEFENDANT CLARK COUNTY SCHOOL DISTRICT'S MOTION FOR PARTIAL DISMISSAL OF PLAINTIFF'S FIRST AMENDED COMPLAINT, OR ALTERNATIVELY MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS**

On July 11, 2025, Defendant Clark County School District filed a Motion for Partial Dismissal of Plaintiff's First Amended Complaint, or Alternatively Motion for Partial Judgment on the Pleadings. Plaintiff's Opposition is due July 25, 2025.

///

///

///

///

///

///

///

Case No.: 2:24-cv-01869-JAD-MDC
*Steele v. Clark County School District*

The parties hereby stipulate to extend the deadline to file Plaintiff's Opposition to **August 8, 2025**.

**IT IS SO STIPULATED.**

Dated this 14th day of July, 2025.

| BENSON ALLRED INJURY LAW | WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC |
|---|---|
| */s/ Joshua Benson*<br>Joshua L. Benson, Esq.<br>Nevada Bar No. 10514<br>333 N. Rancho Drive, Suite 420<br>Las Vegas, Nevada 89106<br>Attorneys for Plaintiff | */s/ Jacqueline Nichols*<br>Jacqueline V. Nichols, Esq.<br>Nevada Bar No. 14246<br>Trisha R. Delos Santos, Esq.<br>Nevada Bar No. 15902<br>6385 S. Rainbow Blvd., Suite 400<br>Las Vegas, Nevada 89118<br>*Attorneys for Defendant CCSD* |

**ORDER**

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**
July 18, 2025