Phillip N. Smith, Jr., Esq.
Nevada Bar No. 10233
psmithjr@wwhgd.com
Jacqueline V. Nichols, Esq.
Nevada Bar No. 14246
jnichols@wwhgd.com
Trisha R. Delos Santos, Esq.
Nevada Bar No. 15902
tdelossantos@wwhgd.com
WEINBERG, WHEELER, HUDGINS,
   GUNN & DIAL, LLC
6385 South Rainbow Blvd., Suite 400
Las Vegas, Nevada 89118
Telephone: (702) 938-3838
Facsimile: (702) 938-3864

*Attorneys for Defendants*
*Clark County School District*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BOBBY STEELE, as parent of and on behalf of C.S., a minor, | Case No.: 2:24-cv-01869-JAD-MDC |
| Plaintiff, | [Lower Case No. A-24-901265-C Clark County District Court] |
| vs. | **STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES** |
| CLARK COUNTY SCHOOL DISTRICT, a political subdivision of the State of Nevada; MA ROCHELLE CERVANTES DAING, individually; MARGARITA FRANCISCO, individually; CHRISTINE WALKER, individually; and DOES 1 through X and ROE CORPORATIONS, | **(THIRD REQUEST)** |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 29(b) and Local Rule 26-3, the parties, by and through their respective counsel, hereby stipulate and request that the discovery deadlines in this matter be extended by sixty (60) days. This is the third request to extend discovery deadlines.

I. **REQUIREMENTS OF STIPULATIONS TO EXTEND DISCOVERY UNDER LR 26-3**

LR 26-3 states in relevant part that any motion or stipulation to extend or reopen discovery shall include:

(1) A statement specifying the discovery completed;

(2) A specific description of the discovery that remains to be completed;

(3) The reasons why the discovery remaining was not completed within the time limits set by the discovery order; and

(4) A proposed schedule for completing all remaining discovery;

Accordingly, the parties submit the following information:

## II. A STATEMENT OF SPECIFYING THE DISCOVERY COMPLETED:

- On December 13, 2024 Plaintiff served her Initial Early Case Conference Disclosure of Witnesses and Exhibits.
- On March 6, 2025 Plaintiff served her First Set of Requests for Production of Documents to Defendant.
- On March 20, 2025 Plaintiff served her First Set of Interrogatories and Request for Admissions to Defendant.
- On October 6, 2025, Plaintiff has supplemented her FRCP disclosures.
- On October 6, 2025, Plaintiff served her initial expert designation.
- On November 10, 2025, Defendants served their first set of Interrogatories and Requests for Production to Plaintiff.

## III. SPECIFIC DESCRIPTION OF THE DISCOVERY THAT REMAINS TO BE COMPLETED:

- Deposition of Plaintiff(s);
- Deposition of 30(b)(6) witness(es) for Defendant;
- Additional written discovery;
- Depositions of percipient witnesses;
- Expert discovery;
- Depositions of Experts;
- Any other discovery the parties deem necessary.

## IV. THE REASONS WHY DISCOVERY REMAINING WAS NOT COMPLETED WITHIN TIME FRAME SET BY THE DISCOVERY ORDER

The parties have diligently pursued discovery and are acting in good faith. However, several developments necessitate additional time:

1. Plaintiff amended her Complaint on June 26, 2025, which added new claims and new defendants.

2. The Parties seek to extend deadlines to accommodate the newly added parties to this case.

3. Defendant filed two separate motions to dismiss based on the newly added claims and newly added defendants. These motions took several months to resolve.

4. Plaintiff is still attempting to locate one of the newly added defendants, Defendant Rochelle Cervantes Daing, and has not effectuated service on Defendant Daing.

5. CCSD and the newly added defendants, Margarita Francisco and Christine Walker, filed their Answer to Plaintiff's First Amended Complaint on November 10, 2025. As such, the parties are scheduling a supplemental Rule 26 conference.

6. Mr. Benson requested dates for the depositions of several percipient witnesses, which the parties are still attempting to schedule. Therefore, the requested extension will allow all parties additional time to depose these witnesses.

7. Additionally, the parties are actively exploring the potential for resolution and require more time to engage in meaningful settlement discussions without incurring unnecessary litigation costs.

8. This request is made in good faith, not for purposes of delay, and is the parties' third request to extend the discovery schedule.

## V. PROPOSED SCHEDULE FOR COMPLETING ALL REMAINING DISCOVERY:

The parties agree that an additional sixty (60) days of discovery would be warranted:

|  | **CURRENT DATES** | **PROPOSED DATES** |
|---|---|---|
| Close of Discovery | December 1, 2025 | **January 30, 2026** |
| Final date to file motions to amend pleadings or add parties | June 4, 2025 | **Closed** |
| Final Date for Expert Disclosures | October 6, 2025 | **Closed** |
| Rebuttal Disclosures | November 3, 2025 | **Closed** |
| Dispositive Motions | January 5, 2025 | **March 6, 2026** |
| Joint Pretrial Order | February 2, 2026 | **April 3, 2026** |

This Stipulation is entered into in good faith, in the interest of judicial economy, and not for the purposes of delay.

DATED this 3rd day of December, 2025

**BENSON ALLRED INJURY LAW**

/s/ Joshua L. Benson
Joshua L. Benson, Esq.
BENSON ALLRED INJURY LAW
333 N. Rancho Drive, Suite 420
Las Vegas, Nevada 89106

LEX TECNICA, LTD.
Nicholas R. Anderson, Esq.
Scott T. Whitworth, Esq.
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
*Attorneys for Plaintiff*

DATED this 3rd day of December, 2025

**WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC**

/s/ Jacqueline V. Nichols
Phillip N. Smith, Jr., Esq.
Jacqueline V. Nichols, Esq.
Trisha R. Delos Santos, Esq.
WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC
6385 South Rainbow Blvd., Suite 400
Las Vegas, Nevada 89118
*Attorneys for Defendant Clark County School District*

## ORDER

Based upon the forgoing and having reviewed and considered the above Stipulation by the parties, and good cause appearing, IT IS HEREBY ORDERED that the discovery deadline dates be extended as follows:

|  | **CURRENT DATES** | **PROPOSED DATES** |
|---|---|---|
| Close of Discovery | December 1, 2025 | **January 30, 2026** |
| Final date to file motions to amend pleadings or add parties | June 4, 2025 | **Closed** |
| Final Date for Expert Disclosures | October 6, 2025 | **Closed** |
| Rebuttal Disclosures | November 3, 2025 | **Closed** |
| Dispositive Motions | January 5, 2025 | **March 6, 2026** |
| Joint Pretrial Order | February 2, 2026 | **April 3, 2026** |

**IT IS SO ORDERED.**

_____
Hon. Maximiliano D. Couvillier, III
UNITED STATES MAGISTRATE JUDGE

DATED: December 5, 2025