Joshua L. Benson, Esq.
Nevada Bar No. 10514
BENSON ALLRED
333 N. Rancho Drive, Suite 420
Las Vegas, Nevada 89106
Telephone: (702) 820-0000
Facsimile: (702) 820-1111
E-mail:josh@bensonallred.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

BOBBY STEELE, as parent of and on behalf of C.S., a minor,

Plaintiff,

vs.

CLARK COUNTY SCHOOL DISTRICT, a political subdivision of the State of Nevada; MA ROCHELLE CERVANTES DAING, individually; MARGARITA FRANCISCO, individually; CHRISTINE WALKER, individually; and DOES 1 through X and ROE CORPORATIONS,

Defendants.

CASE NO. 2:24-cv-01869-JAD-MDC

**ORDER GRANTING VERIFIED PETITION FOR COMPROMISE OF MINOR'S CLAIM AND ESTABLISHMENT OF SPECIAL NEEDS TRUST**

**ECF No. 90**

Upon the Plaintiff's VERIFIED PETITION FOR COMPROMISE OF MINOR'S CLAIM AND ESTABLISHMENT OF SPECIAL NEEDS TRUST filed herein by Petitioner BOBBY STEELE, parent of minor child C.S. (hereinafter the "Petitioner") and good cause appearing:

IT IS HEREBY ORDERED THAT the motion **[ECF No. 90] is GRANTED**:

a. The compromise of the above-described minor's claim is hereby approved and authorized.

b. The compromise of the minor Plaintiff C.S.'s claims for the gross settlement amount of $200,000.00 is hereby approved and authorized.

c. The C.S. Irrevocable Special Needs Trust for the minor Plaintiff C.S., attached as Exhibit 1 to the Verified Petition, is hereby approved and authorized so as to maintain C.S.'s eligibility for public benefits.

d. Petitioner is authorized and directed to execute any documents, including releases, on behalf of the minor child necessary to finalize this matter.

e. Petitioner shall be relieved of the requirement that she file a complete copy of C.S.'s medical records.

f. The Trustee is authorized and directed to execute any documents necessary to establish the Trust and to establish accounts on behalf of the Trust.

g. After payment of the attorney's fees and case costs approved herein, the remaining net settlement proceeds in the amount of $100,000.00 must be paid to and held in the C.S. Irrevocable Special Needs Trust for the benefit of minor Plaintiff C.S.

h. The Trustee of the C.S. Irrevocable Special Needs Trust shall not be required to post bond or surety in this or any other jurisdiction.

i. Attorney's fees in the amount of $74,892.50 shall be paid from the settlement proceeds to Benson Allred Injury Law.

j. Case costs in the amount of $25,107.50 shall be reimbursed from the settlement proceeds to Benson Allred Injury Law.

k. The Clerk of Court is directed to **CLOSE THIS CASE.**

Respectfully submitted by:

BENSON ALLRED INJURY LAW

/s/ Joshua Benson

Joshua L. Benson, Esq.
Nevada Bar No. 10514
333 N. Rancho Drive, Suite 420
Las Vegas, Nevada 89106
*Attorneys for Plaintiff*

U.S. District Judge Jennifer A. Dorsey
Dated: October 26, 2026